IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANGELA L. WILSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-cv-407-TFM |
| | ) | [wo] |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review the court recognizes formatting errors inadvertently made in the Memorandum Opinion and Order filed in this action on March 5, 2012 (Doc. #17). Accordingly, it is

ORDERED that the Memorandum Opinion and Order (Doc. #17) be REPLACED with the Attached Memorandum Opinion and Order.  The Clerk of the Court is DIRECTED to Replace (Doc. #17) with the Attachment to this Order.

DONE this 7th day of March, 2012.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE